AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

ANTONIO TLELO, on his own behalf and
on behalf of others similarly situated,

            Plaintiff,

v.

BREAD FACTORY CAFE, and
JIMMY NICOSSES, an individual,

           Defendants

**APPEARANCE**

Case Number:  08 Civ. 6049 (RPP) (ECF)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Bread Factory Cafe and Jimmy Nicosses (sic; correctly known as James Nicozisis)

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/31/2008 | *(signature)* |
| Date | Signature |
| | Fredric C. Leffler     FL-7998 |
| | Print Name     Bar Number |
| | Proskauer Rose LLP, 1585 Broadway |
| | Address |
| | New York    NY    10036 |
| | City    State    Zip Code |
| | (212) 969-3570     (212) 969-2900 |
| | Phone Number     Fax Number |