07/30/2008  16:45    17182639598              DALTON LAW                        PAGE  02/02
JUL 30 2008 16:36 FR PROSKAUER ROSE LLP 192 969 2922 TO *0425*15456001*8 P.03

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

ANTONIO TLELO, on his own behalf and on behalf of others similarly situated,

                      Plaintiff,

                v.

BREAD FACTORY CAFE, and JIMMY NICOSSES, an individual,

                      Defendants.

------------------------------------------------------------- x

Case No.: 08 Civ. 6049 (RPP)
(ECF Case)

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for Plaintiff, Antonio Tlelo, and Defendants, Bread Factory Cafe and Jimmy Nicosses (sic; correctly known as James Nicozisis) (collectively the "Defendants"), that the time in which the Defendants may answer, move, or otherwise respond to the Complaint in this matter is hereby extended until and including September 19, 2008.

Dated: July 30, 2008
       New York, NY

HELEN DALTON AND ASSOCIATES, P.C.

By: _____
Roman Avshalumov
Helen Dalton and Associates, P.C.
69-12 Austin Street
Forest Hills, NY 11375
(718) 263-9591
avshalumovr@yahoo.com
*Attorney for Plaintiff*

PROSKAUER ROSE LLP

By: _____
Fredric C. Leffler
Ariane R. Buglione
Proskauer Rose, LLP
1585 Broadway
New York, NY 10036
(212) 969-3000
fleffler@proskauer.com
*Attorneys For Defendant*

August 4, 2008

[signature]
USDJ

** TOTAL PAGE.03 **